IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Henderson, Ceola C | Case Number: 07 B 04836 |
| | Judge: Squires, John H |
| Printed: 4/22/08 | Filed: 3/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 12, 2008
Confirmed: July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,121.99 | |
| Secured: | | 2,845.41 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 276.58 |
| Other Funds: | | 0.00 |
| Totals: | 5,121.99 | 5,121.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 7. | Popular Mortgage Services | Secured | 27,018.58 | 1,037.67 |
| 8. | Popular Mortgage Services | Secured | 11,865.67 | 455.72 |
| 9. | Chase Home Finance | Secured | 14,938.09 | 573.72 |
| 10. | Popular Mortgage Services | Secured | 10,110.35 | 388.30 |
| 11. | Popular Mortgage Services | Secured | 10,154.48 | 390.00 |
| 12. | ECast Settlement Corp | Unsecured | 520.34 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 207.71 | 0.00 |
| 14. | Capital One | Unsecured | 46.89 | 0.00 |
| 15. | Capital One | Unsecured | 332.10 | 0.00 |
| 16. | Bell Auto Leasing | Secured | | No Claim Filed |
| 17. | Schottler & Zukosky | Priority | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Collection Company Of America | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 23. | First Premier | Unsecured | | No Claim Filed |
| 24. | Chase | Unsecured | | No Claim Filed |
| 25. | Aspire Visa | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Henderson, Ceola C | Case Number: 07 B 04836 |
|---|---|
| | Judge: Squires, John H |
| Printed: 4/22/08 | Filed: 3/20/07 |

| 26. Peoples Energy Corp | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 77,194.21 | $ 4,845.41 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 276.58 |
| | _____ |
| | $ 276.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_